D. J. BURKE, Appellant, v. MONUMENTAL DIVISION NO. 52, BROTHERHOOD OF LOCOMOTIVE ENGINEERS, an Unincorporated Association, and J. W. Melvin, Jacob Yagle, L. R. Van Daniker, George O. Yeagy, B. A.

Riley, E. L. Cotter, F. H. Kone, W. F. Warner, H. L. Morrison, J. H. Plummer, George H. Ostendorf, I. H. White, C. E. Hubbard, and C. W. Shipley, Sr., Members of the Said Association, the Mutual Aid & Beneficial Association of Monumental Division No. 52, of Brotherhood of Locomotive Engineers, an Unincorporated Association, the Locomotive Engineers' Mutual Life & Accident Insurance Association, a Corporation, the Grand International Brotherhood of Locomotive Engineers, an Unincorporated Association, and W. S. Stone, Grand Chief Engineer of the Grand International Brotherhood of Locomotive Engineers, etc., Appellees. (Circuit Court of Appeals, Fourth Circuit. May 27, 1924.) No. 2177. Appeal from the District Court of the United States for the District of Maryland, at Baltimore; John C. Rose, Judge. For opinion below, see 286 Fed. 949. Cyrus G. Derr, of Reading, Pa. (F. Howard Smith, of Baltimore, Md., on the brief), for appellant. Arthur L. Jackson, of Baltimore, Md. (Oscar J. Horn, of Cleveland, Ohio, on the brief), for appellees. Before WOODS and WADDILL, Circuit Judges, and WATKINS, District Judge.

PER CURIAM. We think the decree in this case is right, and it is affirmed, on the following authorities: Otto v. Tailors' B. & P. Union, 75 Cal. 308, 17 Pac. 217, 7 Am. St. Rep. 156 and note; Society, etc., v. Commonwealth, 52 Pa. 125, 91 Am. Dec. 139; Maxwell v. Theatrical Mech. Ass'n, 54 Misc. Rep. 619, 104 N. Y. Supp. 815; Dewar v. Minneapolis Lodge, No. 44, B. P. O. E., 155 Minn. 98, 192 N. W. 358; Del Ponte v. Societa Italiana, 27 R. I. 1, 60 Atl. 237, 70 L. R. A. 188, 114 Am. St. Rep. 17; 25 R. C. L. 55; 5 C. J. 1354. Affirmed.